UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RAMIRO CRUZ HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>BRISON SWEARINGEN Sheriff of Clay County Jail, Brazil, Indiana,<br>KRISTI NOEM Secretary, U.S. Department of Homeland Security,<br>PAMELA J. BONDI Attorney General of the United States,<br>TODD M. LYONS Acting Director, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | No. 2:25-cv-00640-JPH-MKK |

## ORDER DIRECTING CLERK TO ISSUE AMENDED FINAL JUDGMENT

The Court granted Petitioner's petition for a writ of habeas corpus on December 29, 2025, and issued final judgment that same day. Dkts. 16, 17. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**SO ORDERED.**

Date: 1/22/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

1